# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00436-CR

**Eric Lee Trevino, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. 0984451, HONORABLE JON N. WISSER, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from judgments of conviction for engaging in organized criminal activity, aggravated assault, and conspiracy to commit aggravated assault. Sentence was imposed on June 29, 1999. There was no motion for new trial. The deadline for perfecting appeal was therefore July 29, 1999. *See* Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on August 9, 1999.[1] No extension of time for filing notice of appeal was requested. *See* Tex. R. App. P. 26.3. There is no indication that notice of appeal was properly mailed to the district clerk within the time prescribed by rule 26.2(a). *See* Tex. R. App. P. 9.2(b). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction.

---

[1] The district clerk did not send a copy of the notice of appeal to this Court as required by rule. *See* Tex. R. App. P. 25.2(c). We learned of the appeal upon receipt of the clerk's record on July 25, 2001.

*See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   August 30, 2001

Do Not Publish